# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI LYNN HAZLAK,** | : | CIVIL ACTION NO. 3:17-CV-312 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A BERRYHILL,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of July, 2018, upon consideration of the Stipulation, it is hereby ORDERED that Plaintiff, Lori Lynn Hazlak, shall be awarded Five Thousand dollars and 00/00 cents ($5,000.00) in attorney fees under the Equal Access to Justice Act ("EAJA"). Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania